No. 1362, Misc.  AMATO v. NEW YORK.  Appellate Division, Supreme Court of New York, Fourth Judicial Department.  Certiorari denied.  Petitioner *pro se*.  *Louis J. Lefkowitz*, Attorney General of New York, *Paxton Blair*, Solicitor General, and *Winifred C. Stanley*, Assistant Attorney General, for respondent.

No. 1363, Misc.  SADNESS v. WILKINS, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 1366, Misc.  SCHWARTZ v. NORTH CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.

No. 1368, Misc.  TRUJILLO v. COLORADO.  Supreme Court of Colorado.  Certiorari denied.  Petitioner *pro se*.  *Duke W. Dunbar*, Attorney General of Colorado, *Frank E. Hickey*, Deputy Attorney General, and *John E. Bush*, Assistant Attorney General, for respondent.

No. 1369, Misc.  HALL v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 1370, Misc.  CRUME v. BETO, CORRECTIONS DIRECTOR, ET AL.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 1371, Misc.  CAMPBELL v. NEW YORK.  Appellate Division, Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 1373, Misc.  HARVEY v. RHAY, PENITENTIARY SUPERINTENDENT.  Supreme Court of Washington.  Certiorari denied.